IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN RELVAS,** *et al.* | ) |
| Plaintiffs, | ) Civil Action No. |
| v. | ) Judge: |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| AND | ) |
| THE IRANIAN MINISTRY OF INFORMATION AND SECURITY | ) |
| Defendants. | ) |

**PLAINTIFFS' EX PARTE MOTION FOR WAIVER OF LOCAL CIVIL RULE 5.1(e)**

Plaintiffs, John Relvas, *et al.*, through counsel, move the Court that an Order be entered waiving the requirements of Local Civil Rule 5.1(e) with respect to the requirement that the "full residence address of the party" be included on the caption of the initial pleading.

The following is stated in support of the Motion:

(1) This action is brought by persons who were members of the United States Marine Corps, United States Army, and United States Navy on October 23, 1983 who suffered injury in a terrorist attack on the Marine barracks in Beirut, Lebanon on that date, as well as members of their families;

(2) As will be more fully developed in the course of this litigation, many of the Plaintiffs continue to suffer severe post-traumatic emotional disorders dating from the attack of October 23, 1983;

(3) Counsel for the Plaintiffs are concerned that the listing of the Plaintiffs' addresses

could subject them to possible attack from terrorist groups controlled and/or supported by the Islamic Republic of Iran, and their sympathizers;

(4) Given that terrorist attacks by groups controlled and/or supported by the Islamic Republic of Iran have resulted in the deaths of more than 1,000 American citizens since 1979 around the globe, Counsel's concerns have a factual basis;

(5) The plaintiffs in Case Nos. 1:01-cv-02094, 1:01-cv-02684, 06-cv-00616, and 12-cv-00042, cases arising out of the same occurrence as alleged in the Complaint in this action, have requested and been granted the relief requested by this filing;

(6) The Order submitted with this Motion requires the filing under seal of a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of the Order, which will give the Court the information required by Rule 5.1(e).

**WHEREFORE,** Plaintiffs pray that the Motion be granted and that the Court enter the Order submitted.

October 20, 2014               Respectfully submitted,

                               BY:  ___/s/__Andrew N. Friedman_____

                               Theodore J. Leopold (Fl. Bar No. 705608)
                               tleopold@cohenmilstein.com
                               COHEN MILSTEIN SELLERS & TOLL PLLC
                               2925 PGA Boulevard
                               Suite 200
                               Palm Beach Gardens, FL 33410
                               Telephone:  (877) 515-7955

    Matthew S. Axelrod (D.C. Bar No. 1014503)
    maxelrod@cohenmilstein.com
    Andrew N. Friedman (D.C. Bar No. 375595)
    afriedman@cohenmilstein.com
    COHEN MILSTEIN SELLERS & TOLL PLLC
    1100 New York Ave., NW
    Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600

    R. Paul Hart (Ga. Bar No. 333694)
    paul@kmtrial.com
    Jeremy S. McKenzie (Ga. Bar No. 436655)
    jeremy@kmtrial.com
    KARSMAN, MCKENZIE & HART
    21 West Park Avenue
    Savannah, Georgia 31401
    Telephone: (912) 335-4977

    *Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN RELVAS,** *et al.* ) | |
| ) | Civil Action No. |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge: |
| ) | |
| **THE ISLAMIC REPUBLIC OF IRAN** ) | |
| ) | |
| **AND** ) | |
| ) | |
| **THE IRANIAN MINISTRY** ) | |
| **OF INFORMATION AND SECURITY** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the Motion of John Relvas, *et al.*, it is, by the Court, this ____ day of _____, 2014

**ORDERED,** that the requirement of Local Civil Rule 5.1(e) that the "full residence address of the party" be included on the caption of the initial pleading, is hereby waived; and it is further

**ORDERED,** that the Plaintiffs file under seal a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of this Order; and it is further

**ORDERED,** that the Clerk of Court accept the Complaint submitted with the Plaintiffs' Ex Parte Motion for Waiver of Local Rule 5.1(e) and issue process directed to the Defendants.

_____
**United States District Judge**