**FILED**

**OCT 3 0 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN RELVAS, *et al.* ) | |
| ) | Civil Action No. 14-1752 (RCL) |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge: |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN ) | |
| ) | |
| AND ) | |
| ) | |
| THE IRANIAN MINISTRY ) | |
| OF INFORMATION AND SECURITY ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon the Motion of John Relvas, *et al.*, it is, by the Court, this 28th day of October, 2014

**ORDERED**, that the requirement of Local Civil Rule 5.1(e) that the "full residence address of the party" be included on the caption of the initial pleading, is hereby waived; and it is further

**ORDERED**, that the Plaintiffs file under seal a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of this Order; and it is further

**ORDERED**, that the Clerk of Court accept the Complaint submitted with the Plaintiffs' Ex Parte Motion for Waiver of Local Rule 5.1(e) and issue process directed to the Defendants.

_____
**United States District Judge**

4