# Braun, Robby

| | |
|---|---|
| **From:** | Klimow, Daniel A <KlimowDA1@state.gov> |
| **Sent:** | Monday, May 04, 2015 4:11 PM |
| **To:** | Braun, Robby |
| **Cc:** | Ask-OCS-L-AttyReplies |
| **Subject:** | RE: Service Under FSIA on Iran |

Hello Mr. Braun,

It was good speaking with you just now.  I confirmed with my supervisory attorney that for requests to serve Iran and the Iranian Ministry of Information and Security, you do not need to attempt service by mail under 28 U.S.C. § 1608(a)(3).

Let me know if you have any additional questions.

Best,
Daniel Klimow
Attorney Adviser
Office of Legal Affairs, Overseas Citizen Services
Bureau of Consular Affairs
U.S. Department of State, CA/OCS/L
Tel: (202) 485-6224


This email is UNCLASSIFIED.


**From:** Ask-OCS-L
**Sent:** Monday, May 04, 2015 3:25 PM
**To:** Klimow, Daniel A
**Subject:** FW: Service Under FSIA on Iran



This email is UNCLASSIFIED.


**From:** Braun, Robby [mailto:RBraun@cohenmilstein.com]
**Sent:** Monday, May 04, 2015 2:34 PM
**To:** Ask-OCS-L
**Subject:** Service Under FSIA on Iran