

United States Department of State

Washington, D.C. 20520

August 4, 2015

Angela D. Caesar
Clerk of Court
United States District Court
For the District of Columbia

**Re: Relvas, et al. v. Islamic Republic of Iran, et al,
Case no. 1:14-cv-01752 (RCL)**

Dear Ms. Caesar:

    I am writing regarding the Court's request for service of Summons, First Amended Complaint, and Notice of Suit pursuant to 28 U.S.C. 1608(a)(4) upon the Islamic Republic of Iran and the Iranian Ministry of Information and Security in the above mentioned lawsuit.

    Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes number 1047-IE, and 1048-IE dated and delivered on June 30, 2015. Certified copies of the diplomatic notes are enclosed.

    Should you have any questions regarding this matter, please do not hesitate to contact Daniel Klimow at (202) 485-6224.

Sincerely,

*[signature]*

Daniel Klimow
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

RECEIVED
Mail Room
AUG 1 0 2015
Angela D. Caesar, Clerk of Court
U.S District Court, District of Columbia