SPECIFIC AUTHENTICATION CERTIFICATE

Federation of Switzerland      )
    Canton of Bern             ) SS:
Embassy of the United States of America )

Timothy P Buckley, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 24467 dated June 23, 2015, which was transmitted to the Swiss Ministry of Foreign Affairs on June 24, 2015 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

_____
         Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
      (Title of Consular Officer)

             July 20, 2015
                (Date)

*Embassy of the United States of America*

June 23, 2015

CONS NO.    24467

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundeshaus Nord
3003 Bern


Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) - Relvas, et al. v. the Islamic Republic of Iran, 1:14-cv-01752(RCL)

REF:

The Department of State has requested the delivery of the enclosed Summons, First Amended Complaint and Notice of Suit to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Relvas, et al. v. the Islamic Republic of Iran, 1:14-cv-01752(RCL).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran.  The Islamic Republic of Iran and the Iranian Ministry of Information and Secuirty are defendants in this case.  The American Interests Section should transmit the Summons, First Amended Complaint and Notice of Suit to the Iranian Ministry of Foreign Affairs under cover of two diplomatic notes utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

...sed are two appropriate parts of a message the Embassy ...eived from the Department of State as well as two sets of ...ocuments for the Islamci Republic of Iran and the Iranian Ministry of Information and Security.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Timothy P. Buckley_
(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 20, 2015
(Date)

eizerische Eidgenossenschaft
,fédération suisse
,nfederazione Svizzera
,onfederaziun svizra

**Federal Department of Foreign Affairs FDFA**

23086

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons note No. 24467 dated June 23, 2015 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Lawsuit Relvas et al.v. the Islamic Republic of Iran, 1:14-cv-01752 (RCL)
- Note No. 1047-IE addressed to Islamic Republic of Iran
- Note No. 1048-IE addressed to the Iranian Ministry of Information and Security,

dated June 30, 2015 and proof of service, dated June 30, 2015, as well as the certification by the Swiss Federal Chancellery dated July 08, 2015.

The section has received the above mentioned documents on June 29, 2015. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic notes on June 30, 2015. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, July 8, 2015



*Enclosure mentioned*

To the
Embassy of the
United States of America

Berne

SPECIFIC AUTHENTICATION CERTIFICATE

```
 ederation of Switzerland              )
    Canton of Bern                     ) SS:
 sy of the United States of America    )
```

    tify that the annexed document is executed by the
    e signature and seal of the following named official
    n an official capacity, is empowered by the laws of
    erland to execute that document.

    ify under penalty of perjury under the laws of the
     States that the foregoing is true and correct.


                        Yvonne AGOSTI
      name of Official who executed the annexed document)


                   _Timothy P. Buckley_
                 (Signature of Consular Officer)


                      Timothy P BUCKLEY
                (Typed name of Consular Officer)


              Consul of the United States of America
                    (Title of Consular Officer)


                        July 20, 2015
                           (Date)

‚rische Eidgenossenschaft
‚ération suisse
‚ederazione Svizzera
‚onfederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No.1047-IE

        The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Relvas et al. v. Islamic Republic of Iran, 1:14-cv-01752 (RCL), which is pending in the U.S. Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a summons and first amended complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

        Under applicable U.S. law a defendant in a lawsuit must file an answer to the first amended complaint or some other responsive pleading within 60 days of the date of transmittal of the first amended complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed first amended complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

        In addition to the first amended complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

        The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

        The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Summons, First Amended Complaint, Notice of Suit
2. Translations



Tehran, June 30, 2015

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Martin Maier, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the diplomatic note number 1047-IE dated June 30, 2015. The delivery of this note and its enclosures was attempted on June 30, 2015, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Martin Maier
Head of Foreign Interests Section

Tehran, June 30, 2015



### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by   Martin Meier

3. acting in the capacity of head of Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne          6.   the 08 July 2015

7. by Yvonne Agosti
   functionary of the Swiss federal Chancellery

8. No  013962

9. Seal/stamp:              10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

<u>ترجمه غیر رسمی</u>

سفارت سوئیس

شماره IE-۱۰۴۷

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوا ی حقوقی تحت عنوان رلواس و دیگران بر علیه جمهوری اسلامی ایران و دیگران، تحت پرونده حقوقی مدنی شماره (RCL) 1:14-cv-01752 که در دادگاه منطقه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده یک فقره احضاریه و شکایت اصلاح شده نخستین را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت اصلاح شده نخستین، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در غیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت درخواست می نماید که شکایت اصلاح شده نخستین ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت نخستین اصلاح شده، اعلامیه شکایتنامه دادگاهی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی واداری و یا دفاع دیگری از جمله به عنوان نمودن مصونیت دولت ها مبنی بر مصونیت باید در مقابل دادگاهی ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ نهم تیر ماه ۱۳۹۴ (۳۰ ژوئن ۲۰۱۵)



پیوست: ۱- احضاریه ،شکایت اصلاح شده نخستین و اطلامیه شکایتنامه دادگاهی
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

```
 ͧfederation of Switzerland              )
 ͧn, Canton of Bern                      ) SS:
 ͧassy of the United States of America   )
```

```
  ertify that the annexed document is executed by the
  uine signature and seal of the following named official
     in an official capacity, is empowered by the laws of
  ͧzerland to execute that document.

  ertify under penalty of perjury under the laws of the
  ed States that the foregoing is true and correct.
```

                    Yvonne AGOSTI
    ͧed name of Official who executed the annexed document)


                 _Timothy P. Buckley_
                 (Signature of Consular Officer)


                 _____Timothy P BUCKLEY_____
                 (Typed name of Consular Officer)


            Consul of the United States of America
                 (Title of Consular Officer)


                      July 20, 2015
                        (Date)

ische Eidgenossenschaft
dération suisse
nfederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No.1048-IE

      The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Relvas et al. v. Islamic Republic of Iran, 1:14-cv-01752 (RCL), which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Embassy transmits a summons and first amended complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

      Under applicable U.S. law a defendant in a lawsuit must file an answer to the first amended complaint or some other responsive pleading within 60 days of the date of transmittal of the first amended complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed first amended complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

      In addition to the first amended complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

      The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

      The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Summons, First Amended Complaint, Notice of Suit
2. Translations

Tehran, June 30, 2015

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Martin Maier, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the diplomatic note number 1048-IE dated June 30, 2015. The delivery of this note and its enclosures was attempted on June 30, 2015, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Martin Maier
Head of Foreign Interests Section

Tehran, June 30, 2015



### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Martin Meier

3. acting in the capacity of head of Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne            6.     the 08 July 2015

7. by Yvonne Agosti
   functionary of the Swiss federal Chancellery

8. No  013961

9. Seal/stamp:              10. Signature: 

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

شماره IE-۱۰۴۸

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوا ی حقوقی تحت عنوان رلواس و دیگران بر علیه جمهوری اسلامی ایران و دیگران، تحت پرونده حقوقی مدنی شماره (RCL) 1:14-cv-01752 که در دادگاه منطقه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. وزارت اطلاعات و امنیت ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده یک فقره احضاریه و شکایت اصلاح شده نخستین را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. درغیر اینصورت ، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا سفارت در خواست می نماید که شکایت اصلاح شده نخستین ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر شکایت نخستین اصلاح شده، اعلامیه شکایتنامه دادگاهی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی واداری و یا دفاع دیگری از جمله عنوان نمودن مصونیت دولت ها مبنی بر مصونیت باید در مقابل دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ نهم تیر ماه ۱۳۹۴ (۳۰ ژوئن ۲۰۱۵)



پیوست: ۱- احضاریه ،شکایت اصلاح شده نخستین و اطلامیه شکایتنامه دادگاهی
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران