UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN RELVAS, *et al.*, <br> Plaintiffs <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br> & THE IRANIAN MINISTRY OF <br> INFORMATION AND SECURITY <br> Defendants | Civil Case No. 14-01752-RCL |

## ORDER

Pending before the Court is plaintiffs' motion for default judgment as to liability, ECF No. 22. In their motion, plaintiffs assert defendants were properly served with process in accordance with the provisions of 28 U.S.C. § 1608(a)(4), which allows service of process on a foreign government through diplomatic channels. Nothing in the record, however, indicates plaintiffs attempted service by mail in accordance with the provisions of 28 U.S.C. § 1608(a)(3). "[S]trict adherence to the terms of 1608(a) is required." *Transaero, Inc. v. La Fuerza Aerea Boliviana*, 30 F.3d 148, 154 (D.C. Cir. 1994). By the statute's express terms, service under 1608(a)(4) is only proper where "service cannot be made within 30 days under [1608(a)(3)]." Despite whatever instruction plaintiffs have received from the Clerk of Court or the State Department, the Court is hesitant to find without more that service cannot be made by mail as directed under 1608(a)(3), which presents the question as to whether plaintiffs have strictly adhered to section 1608(a)'s terms. That question, in turn, raises the possibility that not only is their already effected 1608(a)(4) service insufficient under the statute, but also that such service cannot be made retroactively proper if—as the Court expects—the section 1608(a)(3) service is not effected.

Plaintiffs shall therefore, within 10 days, provide any authority they have to establish that proper service has been effected, and if not, whether a retroactive attempt under section 1608(a)(3) will render already effected process under 1608(a)(4) proper.

**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE  12/9/15