UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN RELVAS,
et al.,

    *Plaintiffs,*

v.

THE ISLAMIC REPUBLIC OF IRAN,
et al.,

    *Defendants.*

Civil Action No. 1:14-cv-01752-RCL

## ORDER

The Court does not accept as Proof of Service the United States Department of State's October 7, 2019 letter without the attached diplomatic notes reflecting Proof of Service. If those diplomatic notes are not filed within 10 days of this Order, the Court shall dismiss this action.

IT IS SO ORDERED this 1st day of September, 2020.

*/s/ Royce C. Lamberth*
ROYCE C. LAMBERTH
SENIOR U.S. DISTRICT JUDGE