**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN RELVAS, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:14-cv-1752-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |
| MARIA ENCINAS, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:18-cv-2568-CJN |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

**BENSON PARTIES' SUPPLEMENTAL NOTICE OF ATTACHMENT
IN THE SOUTHERN DISTRICT OF NEW YORK**

The *Benson* Parties respectfully submit this supplemental notice to notify the Court and the parties that the United States District Court for the Southern District of New Yok has now unsealed the docket in *Benson v. Islamic Republic of Iran*, No. 26-cv-2327 (S.D.N.Y.) ("*Benson* Dkt."); *see Benson* Dkt. 15. The operative Amended Order of Attachment, which applies to the assets held in digital wallet addresses TNiq9AXBp9EjUqhDhrwrfvAA8U3GUQZH81 and TTiDLWE6fZK8okMJv6ijg42yrH6W2pjSr9 (the "Attached Assets") appears at *Benson* Dkt. 35. As stated in the *Benson* Parties' original notice filed in these actions, that Amended Order was delivered to the Marshal for the Southern District of New York on April 29, 2026, *Benson* Dkt.

36, thereby establishing the *Benson* Parties' priority in the Attached Assets. The Marshal levied

the Amended Order on Tether the same day. *Id.*

As stated in the *Benson* Parties' original notice, that means that the U.S. District Court for

the Southern District of New York has prior exclusive jurisdiction over the Attached Assets, and

the *Relvas* and *Encinas* Plaintiffs are precluded from pursuing those assets in this Court. *See*

*Relvas*, ECF No. 112, at 2-3; *Encinas*, ECF No. 75, at 2-3.

Dated: May 27, 2026

Respectfully submitted,

/s/ Aaron E. Nathan

Michael J. Gottlieb (D.C. Bar No. 974960)
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3111
mgottlieb@willkie.com

Nicholas Reddick (D.C. Bar. No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush St.
San Francisco, CA 94104
(415) 858-7400
nreddick@willkie.com

Lee S. Wolosky (D.C. Bar No. 1632942)
Aaron E. Nathan (D.C. Bar No. 1047269)
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, NY 10019
(212) 728-8000
lwolosky@willkie.com
anathan@willkie.com

*Counsel for the Benson Parties*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I caused a true and correct copy of the foregoing to be served by electronic means, *via* the Court's ECF system, on all counsel registered to receive electronic notices.

/s/ Aaron E. Nathan